**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00694-REB-CBS

THOMAS PICKREL,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

---

NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff, Thomas Pickrel, by and through his attorney, David M. Larson, and the Defendant, NCO Financial Systems, Inc., by and through its attorney, Louis Leonard Galvis, and for their Notice of Settlement, hereby state as follows:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by July 9, 2008.

Dated: June 30, 2008.

Respectfully submitted,

_s/ David M. Larson_
David M. Larson, Esq.
405 S. Cascade Avenue Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff

_s/ Louis Leonard Galvis_
Louis Leonard Galvis, Esq.
Sessions, Fishman, Nathan & Israel, LLP
645 Stonington Lane
Fort Collins, CO 80525
(970) 223-4420
Attorneys for the Defendant