## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00694-REB-CBS

THOMAS PICKREL,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: July 8, 2008.

Respectfully submitted,

s/ David M. Larson

David M. Larson, Esq.
405 S. Cascade Avenue Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff

   s/ Louis Leonard Galvis

Louis Leonard Galvis, Esq.
Sessions, Fishman, Nathan & Israel, LLP
645 Stonington Lane
Fort Collins, CO 80525
(970) 223-4420
Attorneys for the Defendant